IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No.: 2:19-cv-00974-RAJ<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, counsel of record for Plaintiff Liberty Mutual Insurance Company hereby gives notice of the following disclosure of corporate interests:

1. Parent corporation:  Liberty Mutual Holding Company, Inc.

2. Any publicly held company owning ten percent (10%) or more of its stock:   None

/////

/////

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT  - 1

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

Respectfully submitted this  25  day of June, 2019.

INJURY LAW GROUP NW

_/s/ Ryan C. Sobotka_
Ryan C. Sobotka, WSBA No. 51217
Of Attorneys for Plaintiff

A. Troy Hunter, WSBA No. 29243
Ryan C. Sobotka, WSBA No. 51217
Injury Law Group NW
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
troy@injurylawgroupnw.com
ryan@injurylawgroupnw.com
Tel: (425) 313-1184
Fax: (425) 313-1858

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT  - 2

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184